NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-1396

STATE OF LOUISIANA

VERSUS

DOMINICK "BOZO" DIGILORMO

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. C 5085
HONORABLE ERIC ROGER HARRINGTON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and James T. Genovese, Judges.

**AFFIRMED.**

**Van Hardin Kyzar**
**District Attorney**
**10th Judicial District Court**
**P. O. Box 838**
**Natchitoches, LA 71458-0838**
**(318) 357-2214**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**William Daniel Dyess**
**Attorney at Law**
**P.O. Drawer 967**
**Natchitoches, LA 71457**
**(318) 352-5880**
**Counsel for Defendant/Appellant:**
**Dominick "Bozo" Digilormo**

**Laura Jo Johnson**
**Attorney at Law**
**112 Rue Horne**
**Natchitoches, LA 71457**
**(318) 352-9125**
**Counsel for Defendant/Appellant:**
**Dominick "Bozo" Digilormo**

**Robert Stuart Wright**
**Attorney at Law**
**P.O. Box 1156**
**Natchitoches, LA 71458-1156**
**(318) 352-9950**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Dominick "Bozo" Digilormo**
**Pro Se**
**P. O. Box 61**
**Powhatan, LA 71066**